THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 2, 2018

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| In re: KEITH LYLE, | Chapter 13 |
| Debtor. | Case No. 16-30703-BEH |

_____

### ORDER VACATING DISMISSAL AND REINSTATING CASE
_____

The debtor filed a Notice of Motion and Motion to Reinstate Case and Vacate Dismissal Order in the above-captioned matter. Notice of the motion was provided to all creditors, and creditors were given the opportunity to object. The deadline to file and serve objections has passed, and no objections have been filed. The motion establishes that the debtor's failure to object timely to the trustee's affidavit of default and avoid dismissal of this case was the result of excusable neglect. *See* Fed. R. Bankr. P. 9024.

IT IS THEREFORE ORDERED that the Debtor's motion is granted and the October 15, 2018 dismissal order is vacated.

#####